IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

ADAM BUCKLER,

    Plaintiff,

v.

UPPER CUMBERLAND
ELECTRIC MEMBERSHIP CORP.,

    Defendant.

Case No. 2:22-cv-00017

Judge Waverly D. Crenshaw, Jr.

Magistrate Judge Alistair E. Newbern

JURY DEMAND

**PLAINTIFF'S NOTICE OF FILING
IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Adam Buckler ("Mr. Buckler" or "Plaintiff") respectfully submits the following exhibits in support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment:

1. The Deposition of Adam Buckler.
2. The Deposition of Jennifer Brogdon.
3. The Deposition of Tommy Pitman.
4. The Deposition of Robbie Dale Cassetty.
5. The Deposition of Jason Stanton.
6. Exhibit 2 to the Deposition of Jennifer Brogdon.
7. Exhibit 4 to the Deposition of Jennifer Brogdon.
8. Exhibit 5 to the Deposition of Jennifer Brogdon.
9. Exhibit 6 to the Deposition of Jennifer Brogdon.
10. Exhibit 7 to the Deposition of Jennifer Brogdon.

11. Exhibit 8 to the Deposition of Jennifer Brogdon.

12. Exhibit 10 to the Deposition of Jennifer Brogdon.

13. Exhibit 18 to the Deposition of Robbie Dale Cassetty.

Respectfully submitted,

*/s Anne Bennett Hunter*
Anne Bennett Hunter, BPR# 022407
Hunter Law Firm PLLC
101 Creekside Xing, Suite 1700-307
Brentwood, TN 37027
615.592-2977
anne@hunteremploymentlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served this 31st day of July 2023 through the court's CM/ECF system to:

*/s H. Rowan Leathers III*
H. Rowan Leathers III, BPR# 10023
Butler Snow LLP
The Pinnacle at Symphony Place
150 3rd Ave. South, Suite 1600
Nashville, TN 37201
(615) 651-6700
(615) 651-6701 FAX
*Attorney for Defendant*